# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ROBERT ALIOTTA,**

    **Plaintiff,**

**v.**                                 **Case No: 8:23-cv-24-MSS-SPF**

**ONE TOUCH DIRECT**
**INSURANCE, INC.,**

    **Defendant.**

___

## ORDER OF DISMISSAL

Upon consideration of the Parties' Stipulation of Dismissal, (Dkt. 16), and pursuant to FED. R. CIV. P. 41, it is hereby

**ORDERED** that Plaintiff's individual claims are **DISMISSED WITH PREJUDICE** and the putative class members' claims are **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of May 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party